```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4  jmanninglaw@yahoo.com

 5  Attorney for Defendant
    JORDAN WIRTZ
 6
```

FILED

SEP -6 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR NO. S-11-226 GEB D*D* |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME TO |
| v. ) | POST PROPERTY BOND |
| JORDAN WIRTZ ) | |
| Defendant. ) | Judge:  Hon. Dale A. Drozd |

On May 24, 2011, the Honorable Kendall J. Newman ordered defendant Wirtz released on a $100,000.00 unsecured bond, co-signed by Mr. Martin, to be replaced by a secured bond, secured by the real property owned by Mr. Martin, within three weeks.  On June 13, 2011, the Honorable Kendall J. Newman ordered defendant Jordan Wirtz released on a $100,000 Unsecured Bond, co-signed by Mr. and Mrs. Devitt (the defendant's aunt and uncle), to be replaced with the posting of property by Mr. and Mrs. Devitt by July 5, 2011.

On, or about, July 5, 2011, the Court, at the request of the Mr. Wirtz (and with the agreement of the Government) agreed to

1

continue the due date for the bond paperwork to July 19, 2011.

The bond paper work was submitted to the Government for review. Ultimately, the Government reviewed the documents and requested the Defense make minor changes to the documents before they are filed. The Defense was informed of the Government's request on August 29, 2011. The changes, though minor, will require the documents to be re-drafted and notarized again.

Accordingly the parties agree that the deadline for posting the property bond may be extended to September 30, 2011. This office has contacted Michael Beckwith of the U.S. Attorney's Office, and the Pretrial Service Officer Becky Fidelman, and they have no objection to this request.

Dated: August 30, 2011                          Respectfully submitted,

                                                John R. Manning
                                                Attorney at Law
Benjamin Wagner
United States Attorney

/s/ Michael M. Beckwith                         /s/ John R. Manning
MICHAEL M. BECKWITH                             JOHN R. MANNING
Assistant U.S. Attorney                         Attorney at Law
Attorney for the United States                  Attorney for Defendant
                                                Jordan Wirtz

```
 1  John R. Manning
    Attorney at Law
 2  Ca. St. Bar No. 220874
    1111 H Street, Suite 204
 3  Sacramento, CA  95814
    Telephone:  (916) 444-3994
 4  jmanninglaw@yahoo.com

 5  Attorney for Defendant
    JORDAN WIRTZ
 6

 7
                    IN THE UNITED STATES DISTRICT COURT
 8
                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9

10
    UNITED STATES OF AMERICA,    )   CR NO. S-11-0226 GEB
11                               )
              Plaintiff,         )
12                               )   ORDER EXTENDING TIME TO
         v.                      )   POST PROPERTY BOND
13                               )
    JORDAN WIRTZ,                )
14                               )   Judge:  Hon. Dale A. Drozd
              Defendant.         )
15  _____ )
                                 )
16
         For good cause appearing, the due date for posting of a
17
    secured property bond in this matter shall be continued to
18
    September 30, 2011.
19

20  IT IS SO ORDERED.

21
    Dated:  9/6/11                    _____
22                                    Hon. Dale A. Drozd
                                      US Magistrate Judge
23
```

3