1 John R. Manning
  Attorney at Law
2 Ca. St. Bar No. 220874
  1111 H Street, Suite 204
3 Sacramento, CA  95814
  Telephone: (916) 444-3994
4 jmanninglaw@yahoo.com

5 Attorney for Defendant
  JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR NO. S-11-226 GEB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] *Do* ORDER TO EXTEND TIME TO POST PROPERTY BOND |
| v. | |
| JORDAN WIRTZ, | Judge: Hon. Dale A. Drozd |
| Defendant. | |

On May 24, 2011, the Honorable Kendall J. Newman ordered defendant Wirtz released on a $100,000.00 unsecured bond, co-signed by Mr. Martin, to be replaced by a secured bond, secured by the real property owned by Mr. Martin, within three weeks. On June 13, 2011, the Honorable Kendall J. Newman ordered defendant Jordan Wirtz released on a $100,000 Unsecured Bond, co-signed by Mr. and Mrs. Devitt (the defendant's aunt and uncle), to be replaced with the posting of property by Mr. and Mrs. Devitt by July 5, 2011.

On, or about, July 5, 2011, the Court, at the request of the Mr. Wirtz (and with the agreement of the Government) agreed to

1  continue the due date for the bond paperwork to July 19, 2011.
2      The bond paper work was submitted to the Government for
3  review. Ultimately, the Government reviewed the documents and
4  requested the Defense make minor changes to the documents before
5  they were filed. The Defense was informed of the Government's
6  request on August 29, 2011. The changes, though minor, required
7  the documents to be re-drafted and notarized again.
8  Consequently, the Parties Stipulated to continuing the "due date"
9  for the bond paperwork to September 30, 2011.
10     The Surety was provided with the new bond documents, which
11 they signed and had notarized. When the Surety attempted to file
12 the documents in the County Recorders Office (in Nevada, where
13 the property is located), the clerk at the Recorders Office
14 advised the Surety not to file the document(s). The Clerk
15 (incorrectly) informed the Surety of the conditions and
16 circumstances under which the Court may seek to seize the
17 Surety's property. The concerns raised by the Clerk at the
18 Recorders Office really frightened the Surety.
19     On (or about) October 8, 2011, Honorable Kendall J. Newman
20 signed a stipulation continuing the bond due date to October 30,
21 2011 to allow the defense time to find alternative documents
22 and/or consult with the Surety.
23     The Surety is now prepared to go forward with the documents
24 that are available. However, while reviewing the documents with
25 the Surety, it was discovered there was a drafting error
26 necessitating redrafting. Accordingly the parties agree that the
27 deadline for posting the property bond may be extended to
28 November 30, 2011.

1 | This office has contacted Michael Beckwith of the U.S.
2 | Attorney's Office, and he has no objection to this request.
3 | Dated: November 10, 2011          Respectfully submitted,

John R. Manning
Attorney at Law

Benjamin Wagner
United States Attorney

/s/ Michael M. Beckwith          /s/ John R. Manning
MICHAEL M. BECKWITH            JOHN R. MANNING
Assistant U.S. Attorney        Attorney at Law
Attorney for the United States   Attorney for Defendant
                                                 Jordan Wirtz

```
John R. Manning
Attorney at Law
Ca. St. Bar No. 220874
1111 H Street, Suite 204
Sacramento, CA  95814
Telephone:  (916) 444-3994
jmanninglaw@yahoo.com

Attorney for Defendant
JORDAN WIRTZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JORDAN WIRTZ,<br><br>　　　　Defendant. | CR NO. S-11-0226 GEB<br><br>ORDER EXTENDING TIME TO<br>POST PROPERTY BOND<br><br>Judge:  Hon. Dale A. Drozd |

For good cause appearing, the due date for posting of a secured property bond in this matter shall be continued to November 30, 2011.

IT IS SO ORDERED.

Dated: 11/15/11

_____
Hon. Dale A. Drozd
US Magistrate Judge

4