JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-S-11-226 GEB |
| Plaintiff, | STIPULATION AND [PROPOSED ORDER] CONTINUING STATUS CONFERENCE |
| v. | |
| PATRICIA ALBRIGHT, and JORDAN WIRTZ, | Date: March 2, 2012<br>Time: 9:00 a.m.<br>Judge: Honorable Garland E. Burrell, Jr. |
| Defendants. | |

     IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Patricia Albright, Timothy Zindel, Esq., and counsel for defendant Jordan Wirtz, John R. Manning, Esq., that the status conference presently set for January 20, 2012, be **continued to March 2, 2012, at 9:00 a.m.,** thus **vacating** the presently set status conference.

     Further, all of the parties, the United States of America and all of the defendants as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties stipulation, January 18, 2012, to and including March 2, 2012. The defense requests more time to review the discovery and conduct investigation.

1

IT IS SO STIPULATED.

Dated: January 18, 2012  /s/ Timothy Zindel
TIMOTHY ZINDEL
Attorney for Defendant
Patricia Albright

Dated: January 18, 2012  /s/ John R. Manning
JOHN R. MANNING
Attorney for Defendant
Jordan Wirtz

Dated: January 18, 2012  Benjamin B. Wagner
United States Attorney

 by: /s/ Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney

JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PATRICIA ALBRIGHT, and,
JORDAN WIRTZ,

    Defendants.

No. CR-S-11-226 GEB

[PROPOSED] ORDER TO
CONTINUE STATUS CONFERENCE

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, January 18, 2012, to and including March 2, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to prepare). It is further ordered that the January 20, 2012, status conference shall be continued until March 2, 2012, at 9:00 a.m.

IT IS SO ORDERED.

**Date: 1/18/2012**

_____
GARLAND E. BURRELL, JR.
United States District Judge