1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   MATTHEW M. SCOBLE, Bar #237432
    Designated Counsel for Service
3   801 I Street, 3rd Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    PATRICIA ALBRIGHT

6

7

            IN THE UNITED STATES DISTRICT COURT
8
          FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. Cr.S-11-226-GEB |
| 11 | ) |
| Plaintiff, | ) |
| 12 | ) **STIPULATION AND ORDER;** |
| v. | ) **CONTINUING STATUS CONFERENCE** |
| 13 | ) **AND EXCLUDING TIME** |
| PATRICIA ALBRIGHT, | ) |
| 14 | ) Date:  August 3, 2012 |
| Defendant. | ) Time:  9:00 a.m. |
| 15 _____ | ) Judge: Hon. Garland E. Burrell Jr. |

16

17      IT IS HEREBY STIPULATED by and between the parties hereto through

18 their respective counsel, MICHAEL BECKWITH, Assistant United States

19 Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for

20 PATRICIA ALBRIGHT, that the status conference hearing date of July 20,

21 2012 be vacated, and the matter be set for status conference on August

22 3, 2012 at 9:00 a.m.

23      The reason for this continuance is to allow defense counsel

24 additional time to review discovery with the defendant, to examine

25 possible defenses and to continue investigating the facts of the case.

26      Based upon the foregoing, the parties agree that the time under

27 the Speedy Trial Act should be excluded from the date of signing of

28 this order through and including August 3, 2012 pursuant to 18 U.S.C.

§3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
T4 based upon continuity of counsel and defense preparation.

DATED:  July 9, 2012.                    Respectfully submitted,

                                         DANIEL J. BRODERICK
                                         Federal Public Defender


                                         /s/ Matthew Scoble
                                         MATTHEW SCOBLE
                                         Designated Counsel for Service
                                         Attorney for PATRICIA ALBRIGHT

DATED:  July 9, 2012.                    BENJAMIN WAGNER
                                         United States Attorney


                                         /s/ Matthew Scoble for
                                         MICHAEL BECKWITH
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff




                              ORDER

     UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
ordered that the July 20, 2012, status conference hearing be continued
to August 3, 2012, at 9:00 a.m.  Based on the representation of defense
counsel and good cause appearing there from, the Court hereby finds
that the failure to grant a continuance in this case would deny defense
counsel reasonable time necessary for effective preparation, taking
into account the exercise of due diligence.  The Court finds that the
ends of justice to be served by granting a continuance outweigh the
best interests of the public and the defendant in a speedy trial.  It
is ordered that time up to and including the August 3, 2012 status
conference shall be excluded from computation of time within which the

trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: July 9, 2012

GARLAND E. BURRELL, JR.
Senior United States District Judge