JOHN R. MANNING (SBN 220874)
ATTORNEY AT LAW
1111 H Street, # 204
Sacramento, CA. 95814
(916) 444-3994
Fax (916) 447-0931

Attorney for Defendant
JORDAN WIRTZ

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JORDAN WIRTZ,

    Defendant.

) No. CR-S-11-226 GEB
)
)
) STIPULATION AND
) [PROPOSED ORDER] CONTINUING
) STATUS CONFERENCE
)
)
) Date: August 3, 2012
) Time: 9:00 a.m.
) Judge: Honorable Garland E. Burrell, Jr.
)
)
)

    IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Michael M. Beckwith, Assistant United States Attorney, together with counsel for defendant Jordan Wirtz, John R. Manning, Esq., that the status conference presently set for July 20, 2012, be **continued to August 3, 2012, at 9:00 a.m.,** thus **vacating** the presently set status conference.

    Further, all of the parties, the United States of America and the defendant as stated above, hereby agree and stipulate that the ends of justice served by the granting of such a continuance outweigh the best interests of the public and the defendants in a speedy trial and that time under the Speedy Trial Act should therefore be excluded under Title 18, United States Code Section 3161(h)(7)(A) and (B)(ii) and (iv) and Local Code T-4 (to allow defense counsel time to prepare) from the date of the parties stipulation, July 18, 2012, to and including August 3, 2012.

1

The defense requests more time to review and research proposed resolution proffered by the Government.

IT IS SO STIPULATED.

Dated: July 18, 2012                      /s/ John R. Manning
                                                    JOHN R. MANNING
                                                    Attorney for Defendant
                                                    Jordan Wirtz

Dated: July 18, 2012                      Benjamin B. Wagner
                                                    United States Attorney

                                 by:    /s/ Michael M. Beckwith
                                                    MICHAEL M. BECKWITH
                                                   Assistant U.S. Attorney

**ORDER**

       The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that it is unreasonable to expect adequate preparation for pretrial proceedings and trial itself within the time limits established in 18 U.S.C. § 3161. In addition, the Court specifically finds that the failure to grant a continuance in this case would deny defense counsel to this stipulation reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds that the ends of justice to be served by granting the requested continuance outweigh the best interests of the public and the defendants in a speedy trial.

       The Court orders that the time from the date of the parties' stipulation, July 18, 2012, to and including August 3, 2012, shall be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(ii) and (iv), and Local Codes T4 (reasonable time for defense counsel to

prepare). It is further ordered that July 20, 2012, status conference shall be continued until August 3, 2012, at 9:00 a.m.

IT IS SO ORDERED.

Date: **7/18/2012**

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge