```
1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MATTHEW M. SCOBLE, Bar #237432
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   PATRICIA ALBRIGHT
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. Cr.S-11-226-GEB |
|---|---|
| Plaintiff, | ) |
| | ) **STIPULATION AND [PROPOSED] ORDER;** |
| v. | ) **CONTINUING TRIAL CONFIRMATION** |
| | ) **HEARING AND JURY TRIAL AND** |
| PATRICIA ALBRIGHT, | ) **EXCLUDING TIME** |
| JORDAN ROBERT WIRTZ, | ) |
| | ) Date: February 22, 2013 |
| Defendant. | ) Time: 9:00 a.m. |
| _____ | ) Judge: Hon. Garland E. Burrell Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHAEL BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for PATRICIA ALBRIGHT, and JOHN MANNING, attorney for JORDAN ROBERT WIRTZ, that the trial confirmation hearing date of October 5, 2012 and the jury trial date of November 6, 2012 be vacated, and the matter be set for trial confirmation hearing on February 22, 2013 at 9:00 a.m. and jury trial on March 26, 2013 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

Based upon the foregoing, the parties agree that the time under

the Speedy Trial Act should be excluded from the date of signing of this order through and including February 22, 2013 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: October 1, 2012.　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　DANIEL J. BRODERICK
　　　　　　　　　　　　　　　　　　　　Federal Public Defender


　　　　　　　　　　　　　　　　　　　　/s/ Matthew Scoble
　　　　　　　　　　　　　　　　　　　　MATTHEW SCOBLE
　　　　　　　　　　　　　　　　　　　　Designated Counsel for Service
　　　　　　　　　　　　　　　　　　　　Attorney for PATRICIA ALBRIGHT


　　　　　　　　　　　　　　　　　　　　/s/ Matthew Scoble for:
　　　　　　　　　　　　　　　　　　　　JOHN MANNING
　　　　　　　　　　　　　　　　　　　　Attorney for JORDAN ROBERT WIRTZ

DATED: October 1, 2012.　　　　　　　　　BENJAMIN WAGNER
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　/s/ Matthew Scoble for
　　　　　　　　　　　　　　　　　　　　MICHAEL BECKWITH
　　　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the October 5, 2012, trial confirmation hearing and the November 6, 2012 jury trial be continued to February 22, 2013, at 9:00 a.m. for trial confirmation hearing and March 26, 2013, at 9:00 a.m. for jury trial. Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to

grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the February 22, 2013 trial confirmation hearing shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  October 1, 2012

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge