```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2797
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICIA JANE ALBRIGHT, and<br>JORDEN ROBERT WIRTZ,<br><br>        Defendants. | CR. S 2:11-0226 GEB<br><br>STIPULATION AND [PROPOSED] ORDER CONTINUING JURY TRIAL AND EXCLUDING TIME<br><br><br><br>Hon. GARLAND E. BURRELL, JR. |

The United States of America, through its counsels of record, Benjamin B. Wagner, United States Attorney for the Eastern District of California, and Michael M. Beckwith, Assistant United States Attorney, defendant Patricia Jane Albright through her counsel of record, Matthew McCrary Scoble, and Jordan Robert Wirtz through his counsel of record, John Richard Manning, hereby stipulate and agree that the jury trial date of March 26, 2013, at 9:00 a.m. be vacated and the new date of April 2, 2013, be set. The trial confirmation hearing date of February 22, 2013, shall remain the same.

1

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of this case.

Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including April 4, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) [reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

BENJAMIN B. WAGNER
United States Attorney

Dated: January 15, 2013 By: /s/Michael M. Beckwith
MICHAEL M. BECKWITH
Assistant U.S. Attorney
Attorney for Plaintiff

DATED: January 15, 2013 By: /s/ Matthew McCrary Scoble
MATTHEW MCCRARY SCOBLE
Attorney for Defendant
PATRICIA JANE ALBRIGHT

DATED: January 15, 2013 By: /s/ John Richard Manning
JOHN RICHARD MANNING
Attorney for Defendant
JORDAN ROBERT WIRTZ

**ORDER**

Upon Good cause shown and the stipulation of all parties, it is ordered that the March 26, 2013, jury trial be continued to April 2, 2013. The Court finds that interests of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A). It is ordered that time up to and including April 2, 2013 shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to . 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4.

IT IS SO ORDERED.

Dated: January 15, 2013

GARLAND E. BURRELL, JR.
Senior United States District Judge