DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorneys for Defendant
PATRICIA JANE ALBRIGHT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-0226 GEB |
| Plaintiff, | |
| v. | ORDER TO SEAL EX PARTE MOTION TO WITHDRAW AND DECLARATION OF MATTHEW M. SCOBLE |
| PATRICIA JANE ALBRIGHT, | |
| Defendant. | Date:<br>Time:<br>Judge: Hon. Garland E. Burrell, Jr. |

The Federal Defender's motion to withdraw as counsel for Defendant Patricia Jane Albright and the declaration of MATTHEW M. SCOBLE in support of the motion is filed under seal, thereby permitting only the Court access to these documents unless otherwise ordered by this Court at a later time.

Dated: March 20, 2013

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge